ACCEPTED
03-14-00738-CV
5127176
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/1/2015 5:06:46 PM
JEFFREY D. KYLE
CLERK

## No. 03-14-00738-CV

| | | |
|---|---|---|
| **Elness Swenson Graham Architects, Inc.,** | § <br> § <br> § | **From the 200th District Court** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/1/2015 5:06:46 PM
JEFFREY D. KYLE
Clerk

**Elness Swenson Graham Architects, Inc.,**

§
§
§
§

*Appellants &*
*Cross-Appellees,*

§
§
§

**v.**

§
§
§

**RLJ II-C Austin Air, LP, RLJ II-C Austin Air Lessee, LP and RJL Lodging Fund II Acquisitions,,**

§
§
§
§
§

*Appellees &*
*Cross-Appellants.*

§
§
§

**Of Travis County, Texas**

_____

### Cross Appellants' Unopposed Motion for Extension of Time to File Appellee's Brief

_____

To the Honorable Justices of the Court of Appeals:

RLJ II-C Austin Air, LP, RLJ II-C Austin Air Lessee, LP and RJL Lodging Fund II Acquisitions, ("RLJ" collectively) are appellees and cross-appellants in the above-referenced cause. RLJ respectfully moves pursuant to Texas Rule of Appellate Procedure 10.5 (b) to extend by thirty days the time in which to file its appellee's brief. In support thereof, RLJ would respectfully show the court as follows:

**Unopposed Motion for Extension of Time to File Appellees' Brief**     **Page 1**

## I. Current Deadline

RLJ's appellee's brief is currently due to be filed with this Court on or before Monday, May 11, 2015. RLJ seeks an extension of thirty days, up to and including Wednesday, June 10, 2015, of the time to file its appellee's brief in this cause.

## II. Explanation of Need for Extension

RLJ's request for this extension is based on the following facts. These facts are within the personal knowledge of the undersigned counsel. In addition to a heavy load of more routine litigation matters, between the filing of the appellants' brief on April 10 and the current due date of May 11 for the appellee's brief counsel must attend to in daily practice, for the following matters:

1.  *Lyda Swinerton Builders, Inc. v. Oklahoma Surety Company*, civil case number 4:12-cv-1759 in The United States District Court for the Southern District of Texas, Houston Division and has been reviewing and analyzing extensive materials including voluminous fee bills for a supplemental expert report completed on April 21, 2015, followed by a deposition on April 23, 2015.

2.  *Western States Asset Management, Inc. and Pear Ridge Creek Apartments v. AIX Specialty Insurance Company, et al.* in cause number DC-14-00173 in the 298th District Court, Dallas County,

Texas, and has been reviewing and analyzing those materials in preparation for a report due on May 6, 2015.

3.  *Gotham Insurance Company v. Larry Anders and Summit Financial Alliance, LLP*, in cause number DC-14-06417 in the 44th District Court of Dallas County, Texas and has been reviewing and analyzing materials in preparation for an expert deposition on May 12, 2015.

4.  *Ricardo Villareal v. State Farm Lloyds*, cause number 342-266154-13 in the 342nd District Court of Tarrant County, Texas.  Counsel has had to continue to review extensive documents in preparation for three depositions to be taken of Fort Worth Fire Department personnel on April 29, 2015, and May 12, 2015 and preparation of an emergency Motion for Protective Order to be filed the week of May 4, 2015.

5.  *Cedar Creek Corp. v. Pennsylvania Lumbermens Mutual Insurance Company*, civil case number 3:15-cv-00844 in the United States District Court of the Northern District of Texas, Dallas Division, preparing for a EUO on May 11, 2015, and conduct property inspections in connection with the claims.

6.  *Frank A. Smith Sales, Inc. v. Great Northern Insurance Company, et al.*, civil case number 7:14-cv-805 in the United States District Court for the Southern District of Texas, McAllen Division, to begin

reviewing and analyzing documents in preparation of seven reports due on May 15, 2015.

Further, during the time currently allowed for preparation of the appellees' brief, the undersigned will be required to devote substantial attention to preparation for oral argument in *Elizabeth Quiroz v. Jorge Fabio Llamas-Soforo, M.D., et al.*, No. 08-14-00073-CV in the Court of Appeals for the Eighth District of Texas at El Paso ("Quiroz"). *Quiroz* is a very complex medical malpractice case with a lengthy record arising out of a two-week trial before the undersigned became involved in the case. The central issue in *Quiroz* challenges an adverse jury verdict as contrary to the great weight and preponderance of the evidence, which requires the undersigned to review the record again for argument. The reporter's record in that case consists of more than 4,900 pages. Although the argument in *Quiroz* is not scheduled until May 21, in light of the undersigned's existing schedule, it is not possible to postpone preparations until after May 11.

These commitments and obligations were incurred before the undersigned's involvement in this appeal. These matters cannot be rescheduled or reassigned.

The record in this case consists of more than 4,800 pages of reporter's record, inclusive of approximately 3,166 pages of exhibits. The appellant's brief challenges the legal sufficiency of the evidence along with other fact-intensive questions. The preparation of an appropriate appellees' brief will require the

undersigned to undertake detailed review and analysis of the record. It is now apparent that despite the undersigned's best efforts it will not be possible to complete an appropriate presentation of the appellees' arguments and authorities in time for timely filing with this court by Monday, May 11, 2015. Further, in light of the undersigned's present workload, the undersigned believes that if an extension of thirty days to file RLJ's appellees' brief were granted, he would be able to complete and file the appellees' brief in this matter on or before Wednesday, June 10, 2015.

### III. No Previous Extensions of Appellees' Brief Have Been Requested

RLJ has neither requested nor received any prior extensions of time to file the appellees' brief in this cause. It requested and received an extension of thirty days for the filing of the cross-appellants' brief in this matter.

### IV. Relief Requested

Wherefore, for the foregoing reasons, RLJ respectfully requests that the court grant this motion and extend the time to file appellees' brief from Monday, May 11, 2015, by thirty days up to and including Wednesday, June 10, 2015. RLJ further requests all other legal or equitable relief to which it may be justly entitled under this motion.

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR PC**

*/s/ Michael W. Huddleston*
Michael W. Huddleston
State Bar No. 10148415
3800 Ross Tower
500 North Akard Street
Dallas, TX 75201
(214) 855-7500 Main Tel.
(214) 855-7572 Direct Tel.
(214) 855-7584 Main Fax
mhuddleston@munsch.com

**ATTORNEYS FOR APPELLEES AND CROSS-APPELLANTS**

## Certificate of Conference

On April 30, 2015, the undersigned spoke by telephone with  counsel for appellant and cross-appellee, who advised that appellant and cross-appellee are not opposed to this motion.

/s/ Michael W. Huddleston
Michael W. Huddleston

## Certificate of Service

I certify that I served a true and correct copy of the foregoing document upon counsel listed below on this 1st  day of May, 2015 by e-file:

Weston M. Davis
Gregory N. Ziegler
Matthew Mumm
Macdonald Devin, P.C.
1201 Elm Street
3800 Renaissance Tower
Dallas, TX 75270

/s/ Michael W. Huddleston
Michael W. Huddleston